Karen O'Kasey, OSB No. 87069
HOFFMAN, HART & WAGNER, LLP
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone:    (503) 222-4499
Facsimile:    (503) 222-2301
Email:        kok@hhw.com

<u>Of Attorneys for Defendants Gormley
and City of McMinnville</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| WAYNE MCFARLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:06-CV-1594-HU |
| | ) | |
| v. | ) | DEFENDANTS GORMLEY AND |
| | ) | CITY OF MCMINNVILLE'S |
| EDWARD GORMLEY, an individual; CITY | ) | MOTION FOR SUMMARY |
| OF MCMINNVILLE, a Municipal | ) | JUDGMENT |
| Corporation; CITY COUNTY INSURANCE | ) | |
| SERVICES TRUST; ROD BROWN, an | ) | <u>ORAL ARGUMENT REQUESTED</u> |
| individual; PUBLIC SAFETY LIABILITY | ) | |
| MANAGEMENT INC., an Oregon | ) | |
| corporation; WALDO FARNHAM, | ) | |
| | ) | |
| Defendants. | ) | |

<u>LOCAL RULE 7.1 CERTIFICATION</u>

The undersigned certifies that a good faith effort has been made to resolve the subject

matter of this motion and the Court's ruling is necessary on this matter.

<u>MOTION</u>

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, defendants Edward

Gormley and City of McMinnville move for summary judgment on all of plaintiff's claims.

This motion is based on the Concise Statement of Material Facts, the deposition

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

testimony of Wayne McFarlin, Edward Gormley, Kent Taylor and Allan Springer, the Affidavit of Karen O'Kasey, the memorandum in support of the motion for summary judgment, and the pleadings on file herein.

DATED this 11th day of October 2007.

HOFFMAN, HART & WAGNER, LLP


By: */s/ Karen O'Kasey*
    Karen O'Kasey, OSB No. 87069
    Of Attorneys for Defendants Gormley
     and City of McMinnville

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of October, 2007, I served the foregoing

DEFENDANTS GORMLEY AND CITY OF MCMINNVILLE'S MOTION FOR SUMMARY

JUDGMENT on the following parties at the following addresses:

> Terrence Kay, P.C.
> Attorney at Law
> 3155 River Road S., Suite 150
> Salem, OR 97302
>
> Robert S. Wagner
> Miller & Wagner LLP
> 2210 NW Flanders St.
> Portland, OR 97210
>
> Walter H. Sweek
> Cosgrave Vergeer Kester LLP
> 805 SW Broadway, 8th Floor
> Portland, OR 97205

by electronic means through the Court's Case Management/Electronic Case File system.


> */s/ Karen O'Kasey*
> Karen O'Kasey

Page 1 -        CERTIFICATE OF SERVICE

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499