Robert S. Wagner, OSB #84411
Stan LeGore, OSB #94369
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com

Of Attorneys for Defendants City County Insurance Services Trust,
Rod Brown, and Public Safety Liability Management, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYNE McFARLIN,<br><br>          Plaintiff,<br><br>v.<br><br>EDWARD GORMLEY, an individual; CITY OF McMINNVILLE, a Municipal Corporation; CITY COUNTY INSURANCE SERVICES TRUST; ROD BROWN, an individual; PUBLIC SAFETY LIABILITY MANAGEMENT INC., an Oregon corporation; WALDO FARNHAM,<br><br>          Defendants. | Case No. CV06-1594 HU<br><br>DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>**ORAL ARGUMENT REQUESTED** |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, defendants City County Insurance Services Trust, Rod Brown, and Public Safety Liability Management, Inc., by counsel undersigned, hereby certify that they have made a good faith effort to resolve the subject matter of this motion with plaintiff's counsel, but have been unable to do so.

## MOTION

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, defendants City County Insurance Services Trust (CCIS), Rod Brown (Brown) and Public Safety

Page 1 -  DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

Liability Management, Inc. (PSLM), (hereinafter "defendants"), move for summary judgment on all of plaintiff's claims.

In support of this motion, defendants rely on the following:

1. Memorandum in Support of Defendants' Motion for Summary Judgment;

2. Affidavit of Stan LeGore in Support of Defendants' Motion for Summary Judgment, and the exhibits attached thereto;

3. Concise Statement of Material Facts in Support of Defendants' Motion for Summary Judgment;

4. Declaration of Rod Brown in Support of Defendants' Motion for Summary Judgment;

5. Concise Statement of Material Facts in Support of Motion for Summary Judgment of Defendants Gormley and City of McMinnville, and all supporting affidavits, declarations and/or exhibits to that Motion; and,

6. Defendants Gormley and City of McMinnville's Memorandum of Law in Support of Motion for Summary Judgment.

DATED this 12th day of October, 2007.

MILLER & WAGNER LLP

By: _____
Stan LeGore, OSB #94369
Of Attorneys for Defendants
City County Insurance Services Trust,
Rod Brown, and Public Safety Liability
Management, Inc.
503-299-6116

Trial Attorney:
Robert S. Wagner, OSB #84411

Page 2 -   DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT, on the following parties at the following addresses by notice of electronic filing using the CM/ECF system:

> Terrence Kay
> Attorney at Law
> 3155 River Road S., Suite 150
> Salem, OR 97302
> 503-588-1944
> terrence@kaylawfirm.com
> > Of Attorneys for Plaintiff
>
> Karen O'Kasey
> Hoffman, Hart & Wagner
> Attorneys at Law
> 1000 S.W. Broadway, 20th Floor
> Portland, OR 97205
> 503-222-4499
> kok@hhw.com
> > Of Attorneys for Defendants Gormley and City of McMinnville
>
> Walter H. Sweek
> Cosgrave Vergeer Kester LLP
> Attorneys at Law
> 805 S.W. Broadway, 8th Floor
> Portland, OR 97205
> 503-323-9000
> wsweek@cvk-law.com
> > Of Attorneys for Defendant Farnham

DATED this 12th day of October, 2007.

_____
Stan LeGore, OSB #94369

Page 1 -   CERTIFICATE OF SERVICE