Robert S. Wagner, OSB #84411
Stan LeGore, OSB #94369
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com

Of Attorneys for Defendants City County Insurance Services Trust,
Rod Brown and Public Safety Liability Management, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYNE McFARLIN, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD GORMLEY, an individual; CITY OF McMINNVILLE, a Municipal Corporation; CITY COUNTY INSURANCE SERVICES TRUST; ROD BROWN, an individual; PUBLIC SAFETY LIABILITY MANAGEMENT INC., an Oregon corporation; WALDO FARNHAM, <br><br> Defendants. | Case No. CV06-1594 HU <br><br> CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT |

In compliance with Local Rule 56.1, defendants City County Insurance Services Trust, Rod Brown, and Public Safety Liability Management, Inc., offer the following Concise Statement of Material Facts:

1. Rod Brown is a risk management consultant for Oregon law enforcement agencies and is a former Chief of Police for the City of McMinnville. (Ex. 1, pp. 2-4; Ex.

///

///

Page 1 - CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

2, pp. 2-4).[1]  Brown provides risk management consultation as an agent for defendant City County Insurance Services (CCIS).  (Ex. 2, p. 10, ll. 1-6).

2. City County Insurance Services is a unique governmental entity created under Oregon statutes to assist in providing public bodies in Oregon with insurance services.  (Ex. 1, pp. 2-3, 7 ORS 30.260(4)(b); ORS 30.282(3); ORS 297.405(6); ORS 307.090(1); ORS 656.407; ORS 731.036(6); ORS 743.526(2).

3. In 2005, plaintiff was the Chief of Police for the City of McMinnville.

4. In mid-October, 2005, Sergeant Matt Scales of the City of McMinnville police department contacted Brown and told him that morale at the police department was extremely bad and that the "ship," under Chief McFarlin, "was sinking." Scales was the newly-elected president of the police officers' Association.  (Ex. 1, p. 9; Ex. 3).

5. Brown reported Scales' concerns the City of McMinnville Mayor Gormley, who then wanted to talk with Scales directly.  Brown arranged the meeting at Gormley's request.  Scales told Gormley about the miserable morale in the police department under Chief McFarlin's leadership.  (Ex. 1, pp. 9-10; Ex. 3).

6. Gormley was confused because he had heard, from the City Manager, that Scales had reported that the police department was doing okay.  However, Scales had misrepresented the conditions at the police department when talking with the City Manager.  (Ex. 1, p. 10; Ex. 3).

7. Brown was aware of criticism of or dissatisfaction with plaintiff's job performance as expressed by Waldo Farnham.  Farnham was a private citizen who was critical of plaintiff's performance as Chief of Police.  Brown did not communicate what he had heard from Farnham to any City official.  Brown was also aware of other expressions of dissatisfaction with plaintiff's job performance expressed by former and

---

[1]Exhibit references are to the exhibits attached to the Affidavit of Stan LeGore.

Page 2 -    CONCISE STATEMENT OF MATERIAL FACTS IN
SUPPORT OF DEFENDANTS CITY COUNTY
INSURANCE SERVICES TRUST, ROD BROWN, AND
PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S
MOTION FOR SUMMARY JUDGMENT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

current members of the City's police department, but he did not relay that information to any City officials. (Ex. 1, p. 13).

8. Several days later Brown was invited to another meeting by City Manager Kent Taylor. That meeting, which occurred on approximately October 21, 2005 - approximately one week after Scales met with Gormley - was attended by Taylor, Brown, Gormley, Farnham, Rick Olson, and Jack Crabtree. Olson was president of the City Council. Crabtree was Sheriff of Yamhill County. The group discussed the dissatisfaction with Chief McFarlin that Sergeant Scales had expressed, and apparently the complaints of Farnham. There was no discussion of any plan for having plaintiff resign. (Ex. 1, pp. 11-12).

9. A few days after the meeting described in paragraph 8, above, Taylor asked Brown to begin a search for a possible interim Chief. Brown was paid for this work in part by the City of McMinnville, in part by defendant CCIS as risk management consultation. There was also some portion of the work and meeting time for which Brown was not compensated, even though he was working for the City and in his capacity as consultant for CCIS. (Ex. 1, pp. 17-18; Dec. Of Brown).

10. On approximately November 1, 2005, Brown spoke at a City of McMinnville police officers' Association meeting. He was invited to speak by the Association's Board. Brown spoke about the importance of unity in the police department. There was no discussion of the "no confidence" vote that the Association had been planning to take. (Ex. 1, p. 18; Ex. 3).

///
///
///
///

Page 3 - CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

11. During this period of time, plaintiff was awaiting word on his application for employment as the Chief of Police for the City of Salem. Brown did not have any contact or communication with the City of Salem concerning plaintiff or plaintiff's application for the position of Chief of Police. (Ex. 1, p. 15; Ex. 2, pp. 5-6).

DATED this 12th day of October, 2007.

MILLER & WAGNER LLP

By: *[signature]*
Stan LeGore, OSB #94369
Of Attorneys for Defendants
City County Insurance Services Trust,
Rod Brown, and Public Safety
Liability Management, Inc.
503-299-6116

Trial Attorney:
Robert S. Wagner, OSB #84411

Page 4 - CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT, on the following parties at the following addresses by notice of electronic filing using the CM/ECF system:

       Terrence Kay
       Attorney at Law
       3155 River Road S., Suite 150
       Salem, OR 97302
       503-588-1944
       terrence@kaylawfirm.com
           Of Attorneys for Plaintiff

       Karen O'Kasey
       Hoffman, Hart & Wagner
       Attorneys at Law
       1000 S.W. Broadway, 20th Floor
       Portland, OR 97205
       503-222-4499
       kok@hhw.com
           Of Attorneys for Defendants Gormley and City of McMinnville

       Walter H. Sweek
       Cosgrave Vergeer Kester LLP
       Attorneys at Law
       805 S.W. Broadway, 8th Floor
       Portland, OR 97205
       503-323-9000
       wsweek@cvk-law.com
           Of Attorneys for Defendant Farnham

DATED this 12th day of October, 2007.

                                        *[signature]*
                                    Stan LeGore, OSB #94369

Page 1 -    CERTIFICATE OF SERVICE

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116