Robert S. Wagner, OSB #84411
Stan LeGore, OSB #94369
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com

Of Attorneys for Defendants City County Insurance Services Trust,
Rod Brown, and Public Safety Liability Management Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYNE McFARLIN,<br><br>   Plaintiff,<br><br>v.<br><br>EDWARD GORMLEY, an individual; CITY OF McMINNVILLE, a Municipal Corporation; CITY COUNTY INSURANCE SERVICES TRUST; ROD BROWN, an individual; PUBLIC SAFETY LIABILITY MANAGEMENT INC., an Oregon corporation; WALDO FARNHAM,<br><br>   Defendants. | Case No. CV06-1594 HU<br><br>DECLARATION OF ROD BROWN IN SUPPORT OF DEFENDANTS BROWN, CITY COUNTY INSURANCE SERVICES, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT |

I, Rod Brown, make this Declaration upon personal knowledge.

1. I am a named defendant in the above-entitled matter.

2. During my deposition in June, 2006, I was asked about my billing for work performed at the request of the City of McMinnville during the Fall of 2005. I am the sole owner and employee of defendant Public Safety Liability Management, and do consulting work for Oregon public bodies as well as for defendant City County Insurance Services (CCIS).

3. At the time of my deposition I had not reviewed my billing records. I testified

Page 1 - DECLARATION OF ROD BROWN IN SUPPORT OF DEFENDANTS BROWN, CITY COUNTY INSURANCE SERVICES, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

that I did not bill for part of the work, and billed the City of McMinnville for the remainder of the services provided.

4. After review of my records, I discovered that I billed CCIS for part of the consulting work I did for the City of McMinnville. Therefore, part of my services were billed to CCIS, part were billed to the City of McMinnville, and part of my services were provided to the City without charge.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2007.

_____
Rod Brown

Page 2 - DECLARATION OF ROD BROWN IN SUPPORT OF DEFENDANTS BROWN, CITY COUNTY INSURANCE SERVICES, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF ROD BROWN IN SUPPORT OF DEFENDANTS CITY COUNTY INSURANCE SERVICES TRUST, ROD BROWN, AND PUBLIC SAFETY LIABILITY MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT, on the following parties at the following addresses by notice of electronic filing using the CM/ECF system:

>Terrence Kay
>Attorney at Law
>3155 River Road S., Suite 150
>Salem, OR 97302
>503-588-1944
>terrence@kaylawfirm.com
>>Of Attorneys for Plaintiff

>Karen O'Kasey
>Hoffman, Hart & Wagner
>Attorneys at Law
>1000 S.W. Broadway, 20th Floor
>Portland, OR 97205
>503-222-4499
>kok@hhw.com
>>Of Attorneys for Defendants Gormley and City of McMinnville

>Walter H. Sweek
>Cosgrave Vergeer Kester LLP
>Attorneys at Law
>805 S.W. Broadway, 8th Floor
>Portland, OR 97205
>503-323-9000
>wsweek@cvk-law.com
>>Of Attorneys for Defendant Farnham

DATED this 12th day of October, 2007.

_____
Stan LeGore, OSB #94369

Page 1 -   CERTIFICATE OF SERVICE

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116