Walter H. Sweek, OSB No.62092
Internet e-mail: wsweek@cvk-law.com
Wendy M. Margolis, OSB No. 94567
Internet e-mail: Margolis@cvk-law.com
James M. Maldonado, OSB No. 00078
Internet e-mail: jmaldonado@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYNE McFARLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD GORMLEY, an individual; CITY OF McMINNVILLE, a Municipal Corporation; CITY COUNTY INSURANCE SERVICES TRUST; ROD BROWN, an individual; PUBLIC SAFETY LIABILITY MANAGEMENT INC., an Oregon corporation; WALDO FARNHAM,<br><br>　　　　　Defendants. | Case No.: 3:06 CV 01594-HU<br><br>**DEFENDANT WALDO FARNHAM'S MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies that a good faith effort has been made to resolve the subject matter of this motion and the Court's ruling is necessary on this matter. Undersigned counsel contacted plaintiff's counsel's office during office hours on October 11, 2007, to discuss this matter and was directed to plaintiff's counsel's voice mail at which time a detailed message regarding the basis for Farnham's motion was provided. A follow up e-

Page 1 - **DEFENDANT WALDO FARNHAM'S MOTION FOR SUMMARY JUDGMENT**　　435197

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

mail was then sent to plaintiff's counsel reiterating the basis for Farnham's motion on October 11, 2007.

## MOTION

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, defendant Waldo Farnham moves for summary judgment on all of plaintiff's claims.

This motion is based on the Court Record, Memorandum of Law, Concise Statement of Material Facts as well as the Declaration of James M. Maldonado and attached exhibits.

DATED: October 12, 2007

COSGRAVE VERGEER KESTER LLP

_/s/_

Walter Sweek, OSB No. 62092
Wendy M. Margolis, OSB No. 94567
James M. Maldonado OSB No. 00078
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: wsweek@cvk-law.com
E-mail: margolis@cvk-law.com
E-mail: jmaldonado@cvk-law.com
Attorneys for Defendant Farnham
Trial Attorney: Walter Sweek  OSB No. 62092

Page 2 - **DEFENDANT WALDO FARNHAM'S MOTION FOR SUMMARY JUDGMENT**    435197

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing DEFENDANT WALDO FARNHAM'S MOTION FOR SUMMARY JUDGMENT on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Terrence Kay
Terrence Kay PC
3155 River Rd. S. Suite 150
Salem, OR 97302
Attorneys for Plaintiff

Robert S. Wagner
Miller & Wagner LLP
2210 NW Flanders Street
Portland, OR 97210-3408
Attorneys for Defendants Rod Brown and Public Safety Liability Management

Karen O'Kasey
Hoffman Hart & Wagner LLP
1000 SW Broadway, Suite 2000
Portland, OR 97205
Attorneys for Defendants Gormley and City of McMinnville

DATED: October 12, 2007

_/s/ James M. Maldonado_
James M. Maldonado

Page 1 - CERTIFICATE OF SERVICE                                    435197
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000