Terrence Kay
OSB#814375
Terrence Kay, P.C.
3155 River Road S, Suite 150
Salem, OR 97302-9836
Telephone: 503/588-1944
Fax: 503/588-1946
Email: Terrence@kaylawfirm.com

    <u>Attorney for Plaintiff</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYNE McFARLIN<br><br>    Plaintiff,<br>v.<br><br>EDWARD GORMLEY, an individual; CITY OF McMINNVILLE, a Municipal Corporation; CITY COUNTY INSURANCE SERVICES TRUST; ROD BROWN, an individual; PUBLIC SAFETY LIABILITY MANAGEMENT INC., an Oregon corporation; WALDO FARNHAM<br><br>    Defendants. | Case No. 3:06-CV-1594-HU<br><br>**PLAINTIFF CONCISE STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DEFENDANT FARNHAM MOTION FOR SUMMARY JUDGMENT** |

    1. Waldo Farnham prepared and submitted a complaint against McFarlin as Chief of Police although he has "no skills" to conduct a review of the police department (Ex. 46, pp. 50, 70). Farnham told Gormley he was conducting this review of McFarlin (Ex. 46, p. 50) and had conversations with Rod Brown to let him know how his investigation was going (Ex. 46, pp. 40, 56-57). It did cross Farnham's mind that having McFarlin resign would hurt McFarlin's chances

Page 1 – Plaintiff Concise Statement of Additional Material Facts in Opposition to Defendant
    Farnham Motion for Summary Judgment
H:\McFARLIN\ConcStmtFarn110807.1sn.doc

in the selection process for Chief of Police in Salem (Ex. 46, p. 86).

2. Farnham thought the information he gave Gormley about McFarlin, (Ex. 18; Ex. 47, pp. 72-73), would cause damage to McFarlin through the loss of McFarlin's position as Chief, to his earnings, to his reputation and probably to him as a professional person (Ex. 47, p. 58).

3. Farnham talked with Brown about his investigation more than six times during his investigation (Ex. 47, p. 92). Farnham never spoke with McFarlin, told him what he was doing and intentionally did not tell McFarlin anything about the investigation (Ex. 47, p. 102), although Farnham wanted his investigation to be correct and complete (Ex. 47, p. 103). Farnham knew that would be one-sided (Ex. 47, p. 104).

4. Farnham met with Mike Full regarding McFarlin four to five times as a source for the investigation (Ex. 47, p. 110) but never heard from anyone (including Rod Brown) that Full made a death threat about McFarlin (Ex. 47, p. 112). Farnham was told Full, as a source for his investigation, was a bit unstable (Ex. 47, p. 115), and Sheriff Crabtree told Farnham five days before Farnham completed his written report that Mike Full might not be very credible as a source (Ex. 47, pp. 116-117). Farnham did not tell Gormley that Sheriff Crabtree told Farnham Full was not credible (Ex. 47, p. 125).

5. Farnham told Gormley and Taylor he wanted McFarlin's employment as Chief to be terminated or have him resign or be fired (Ex. 47, pp. 58-59).

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Page 2 – Plaintiff Concise Statement of Additional Material Facts in Opposition to Defendant Farnham Motion for Summary Judgment
H:\McFARLIN\ConcStmtFarn110807.1sn.doc

6. McFarlin states that statements in Farnham's complaint (Ex. 18), are false or misleading, harmed his professional reputation and defamed him (Ex. 40, ¶¶ 10, 12, 15, as stated in sub-Exhibit D) and contributed to his resignation being demanded (Ex. 40, ¶¶ 10, 12, 15).

Dated this 12th day of November, 2007.

_____
Terrence Kay
Terrence Kay, P.C.
OSB #814375
503/588-1944
Attorney for Plaintiff

Page 3 – Plaintiff Concise Statement of Additional Material Facts in Opposition to Defendant Farnham Motion for Summary Judgment
H:\McFARLIN\ConcStmtFarn110807.1sn.doc

**TERRENCE KAY, P.C.**
*Attorney at Law*
3155 River Road S., Suite 150 - Salem, OR 97302
Telephone: 503/588-1944   Fax: 503/588-1946
Email: terrence@kaylawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2007, I served the foregoing PLAINTIFF CONCISE STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DEFENDANT FARNHAM MOTION FOR SUMMARY JUDGMENT on the following parties:

Karen O'Kasey
Hoffman Hart & Wagner LLP
1000 SW Broadway, Suite 2000
Portland, OR 97205
*Fax: (503) 222-2301*
    *Of Attorneys for Defendants Gormley and City of McMinnville*

Mr. Robert S. Wagner
Miller & Wagner LLP
2210 NW Flanders Street
Portland, OR 97201
*Fax: (503) 299-6106*
    *Of Attorneys for Defendants Brown, CCIST and PSLM*

Walter Sweek
Cosgrave Vergeer Kester LLP
805 SW Broadway 8th Floor
Portland, OR 97205
*Fax: (503) 323-9019*
    *Of Attorneys for Defendant Farnham*

by electronic means through the Court's Case Management/Electronic Case File system.

_____
Terrence Kay
Terrence Kay, P.C.
OSB #814375
503/588-1944
Attorney for Plaintiff

Page 4 – Plaintiff Concise Statement of Additional Material Facts in Opposition to Defendant Farnham Motion for Summary Judgment
H:\McFARLIN\ConcStmtFarn110807.1sn.doc

**TERRENCE KAY, P.C.**
*Attorney at Law*
3155 River Road S., Suite 150 - Salem, OR 97302
Telephone: 503/588-1944  Fax: 503/588-1946
Email: terrence@kaylawfirm.com