Karen O'Kasey, OSB No. 87069
HOFFMAN, HART & WAGNER, LLP
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone:　(503) 222-4499
Facsimile:　(503) 222-2301
Email:　kok@hhw.com

　　　Of Attorneys for Defendants Gormley
　　　and City of McMinnville

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYNE MCFARLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD GORMLEY, an individual; CITY OF MCMINNVILLE, a Municipal Corporation; CITY COUNTY INSURANCE SERVICES TRUST; ROD BROWN, an individual; PUBLIC SAFETY LIABILITY MANAGEMENT INC., an Oregon corporation; WALDO FARNHAM,<br><br>　　　　Defendants. | No. 3:06-CV-1594-HU<br><br>**AFFIDAVIT OF KAREN O'KASEY IN SUPPORT OF DEFENDANTS EDWARD GORMLEY AND CITY OF MCMINNVILLE'S MOTION TO STRIKE EVIDENCE SUBMITTED IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

STATE OF OREGON　　　)
　　　　　　　　　　　) ss.
County of Multnomah　　)

　　　I, Karen O'Kasey, being first duly sworn do depose and say:

　　　1.　　I am the attorney representing defendants Edward Gormley and the City of McMinnville on the above entitled matter.

Page 1 -　AFFIDAVIT OF KAREN O'KASEY IN SUPPORT OF
　　　　　DEFENDANTS EDWARD GORMLEY AND CITY OF
　　　　　MCMINNVILLE'S MOTION TO STRIKE EVIDENCE
　　　　　SUBMITTED IN RESPONSE TO MOTION FOR
　　　　　SUMMARY JUDGMENT

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

2. I took the deposition of Wayne McFarlin. Attached to this affidavit are true and correct copies of excerpts from that deposition.

DATED this 30th day of November 2007.

HOFFMAN, HART & WAGNER, LLP

By: _____
Karen O'Kasey, OSB No. 87069
Of Attorneys for Defendants Edward
Gormley and City of McMinnville

SUBSCRIBED AND SWORN TO before me this 30th day of November 2007.

_____
Notary Public for Oregon
My Commission Expires: Feb 15, 2009

OFFICIAL SEAL
TERISA PAGE
NOTARY PUBLIC-OREGON
COMMISSION NO. A389696
MY COMMISSION EXPIRES FEBRUARY 15, 2009

Page 2 - AFFIDAVIT OF KAREN O'KASEY IN SUPPORT OF DEFENDANTS EDWARD GORMLEY AND CITY OF MCMINNVILLE'S MOTION TO STRIKE EVIDENCE SUBMITTED IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November 2007, I served the foregoing AFFIDAVIT OF KAREN O'KASEY IN SUPPORT OF DEFENDANTS EDWARD GORMLEY AND CITY OF MCMINNVILLE'S MOTION TO STRIKE EVIDENCE SUBMITTED IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT on the following parties at the following addresses:

> Terrence Kay, P.C.
> Attorney at Law
> 3155 River Road S., Suite 150
> Salem, OR 97302
>
> Robert S. Wagner
> Miller & Wagner LLP
> 2210 NW Flanders St.
> Portland, OR 97210
>
> Walter Sweek
> Cosgrave Vergeer Kester LLP
> 805 SW Broadway, 8th Floor
> Portland, OR 97205

by electronic means through the Court's Case Management/Electronic Case File system.

_____
Karen O'Kasey

Page 1 -    CERTIFICATE OF SERVICE

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF OREGON

 3   WAYNE McFARLIN,                     )
                                         )
 4              Plaintiff,               )
                                         )
 5        vs.                            )  No. 3:06-CV-1594-HU
                                         )
 6   EDWARD GORMLEY, an individual;      )
     CITY OF McMINNVILLE, a municipal    )
 7   corporation; CITY COUNTY INSURANCE  )     VOLUME II
     SERVICES TRUST; ROD BROWN, an       )
 8   individual; PUBLIC SAFETY           )
     LIABILITY MANAGEMENT, INC., an      )
 9   Oregon corporation; WALDO FARNHAM,  )
                                         )
10              Defendants.              )
     _____)
11

12

13        BE IT REMEMBERED That, pursuant to stipulation of

14   counsel for the respective parties, previously set out,

15              THE DEPOSITION OF WAYNE McFARLIN

16   was taken before Christine Spencer, Certified Shorthand

17   Reporter for Oregon, on August 22, 2007, at Mr. Kay's

18   offices in Salem, Oregon, at 9:10 a.m.

19

20

21

22

23   CHRISTINE SPENCER
     Court Reporter
24   255 Kashmir Court SE
     Salem, Oregon   97306
25   503-363-6677
```

1  police department. Communicating in the liaison between the
2  police department issues and the finance department, and
3  some personnel issues.
4      My wife and I also socially met with them, her and
5  her husband Andy occasionally. Not frequently, but at least
6  once, maybe twice.
7      Q.  During the meetings that you had with Ms.
8  Benedict, did you ever raise your voice at her?
9      A.  No.
10     Q.  Were you ever aware that Ms. Benedict had
11 complained about your behavior in a meeting that the two of
12 you had had?
13     A.  No.
14     Q.  As the chief of police during the five years that
15 you were at the City of McMinnville, how many due process
16 hearings do you think you were involved in?
17     A.  A couple, maybe three.
18     Q.  And as the chief of police of the City of
19 McMinnville, I assume that you were familiar with the terms
20 of the collective bargaining agreement that the officers are
21 subject to?
22     A.  Yes.
23     Q.  And that collective bargaining agreement included
24 due process requirements before an officer could be
25 discharged?

1    A.    Yes.

2    Q.    I also assume that as the chief of police of the
3  City of McMinnville, you're familiar with the state statutes
4  that provide for due process for officers in the absence of
5  a collective bargaining agreement?

6    A.    Yes.

7    Q.    Between the meeting, the first meeting that you
8  had with Mayor Gormley, Mr. Olson and Mr. Taylor, and the
9  day that you signed the resignation agreement, did you ask
10 anyone at the city for a due process hearing yourself?

11   A.    No. I didn't know that there was allegations
12 against me.

13           MS. O'KASEY: That's all I have. Thank you.

14           MR. KAY: Thank you.

15                     (Discussion off the record.
16                     Deposition recessed at 11:50 a.m.)

```
 1                       C E R T I F I C A T E

 2   STATE OF OREGON   )
                       )  ss.
 3   COUNTY OF MARION  )

 4                I, Christine Spencer, a Certified

 5   Shorthand Reporter for Oregon, certify that, pursuant to

 6   stipulation of counsel for the respective parties,

 7   previously set forth,

 8                        WAYNE McFARLIN

 9   personally appeared before me at the time and place set

10   forth in the foregoing matter; that thereafter my notes were

11   reduced to typewriting under my direction and the foregoing

12   transcript, pages 221 to 305 both inclusive, constitutes a

13   full, true and accurate record of such testimony adduced

14   and oral proceedings had and of the whole thereof.

15         7th  Witness my hand and seal at Salem, Oregon, this

16   _____ day of September, 2007.

17

18                              _____
19                              Christine Spencer
                                Certified Shorthand Reporter
20                              Certificate No. 90-0022

21

22

23

24

25
```