Walter H. Sweek, OSB 62092
Internet e-mail: wsweek@cvk-law.com
Wendy M. Margolis, OSB 94567
Internet e-mail: margolis@cvk-law.com
James M. Maldonado, OSB 00078
Internet e-mail: jmaldonado@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019
Of Attorneys for Defendant Waldo Farnham

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYNE McFARLIN,<br><br>        Plaintiff,<br>  v.<br><br>EDWARD GORMLEY, an individual; CITY OF McMINNVILLE, a Municipal Corporation; CITY COUNTY INSURANCE SERVICES TRUST; ROD BROWN, an individual; PUBLIC SAFETY LIABILITY MANAGEMENT INC., an Oregon corporation;  WALDO FARNHAM,<br><br>        Defendant, | Case No.: 3:06 CV 01594-HU<br><br>**MOTION TO STRIKE PLAINTIFF'S EVIDENCE FILED IN SUPPORT OF HIS RESPONSE TO SUMMARY JUDGMENT** |

## LOCAL RULE 7.1 CERTIFICATE

The undersigned herein certifies that he contacted counsel for plaintiff via e-mail and spoke with counsel for plaintiff in regard to this matter, and the issue could not be resolved.  As such, the Court's ruling on these motions is necessary.

Page 1 - MOTION TO STRIKE PLAINTIFF'S EVIDENCE FILED IN SUPPORT OF
        HIS RESPONSE TO SUMMARY JUDGMENT

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

499654

## MOTION

Pursuant to Federal Rule of Civil Procedure 12, 56 and Local Rule 56.1, defendant Waldo Farnham moves this Court to strike as inadmissible portions of the exhibits and documents provided in plaintiff's opposition to summary judgment.

This motion is based on the Court Record and Memorandum of Law attached hereto.

DATED: November 30, 2007

                          COSGRAVE VERGEER KESTER LLP

                          /s/ James M. Maldonado
                          Walter Sweek, OSB No. 62092
                          Wendy M. Margolis, OSB No. 94567
                          James M. Maldonado OSB No. 00078
                          Telephone: (503) 323-9000
                          Fax: (503) 323-9019
                          E-mail: wsweek@cvk-law.com
                          E-mail: margolis@cvk-law.com
                          E-mail: jmaldonado@cvk-law.com
                          Attorneys for Defendant Farnham
                          Trial Attorney: Walter Sweek  OSB No. 62092

Page 2 - MOTION TO STRIKE PLAINTIFF'S EVIDENCE FILED IN SUPPORT OF HIS RESPONSE TO SUMMARY JUDGMENT

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

499654

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing MOTION TO STRIKE PLAINTIFF'S EVIDENCE FILED IN SUPPORT OF HIS RESPONSE TO SUMMARY JUDGMENT on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Terrence Kay
Terrence Kay PC
3155 River Rd. S. Suite 150
Salem, OR 97302
   Of Attorneys for Plaintiff

Robert S. Wagner
Miller & Wagner LLP
2210 NW Flanders Street
Portland, OR 97210-3408
   Of Attorneys for Defendants Rod Brown and Public Safety Liability Management

Karen O'Kasey
Hoffman Hart & Wagner LLP
1000 SW Broadway, Suite 2000
Portland, OR 97205
   Of Attorneys for Defendants Gormley and City of McMinnville

DATED: November 30, 2007

/s/ James M. Maldonado
James M. Maldonado

Page 1 - CERTIFICATE OF SERVICE

**COSGRAVE VERGEER KESTER LLP**
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

499654