Walter H. Sweek, OSB 62092
Internet e-mail: wsweek@cvk-law.com
Wendy M. Margolis, OSB 94567
Internet e-mail: margolis@cvk-law.com
James M. Maldonado, OSB 00078
Internet e-mail: jmaldonado@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019
Of Attorneys for Defendant Waldo Farnham

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYNE McFARLIN,<br><br>       Plaintiff,<br><br>   v.<br><br>EDWARD GORMLEY, an individual; CITY OF McMINNVILLE, a Municipal Corporation; CITY COUNTY INSURANCE SERVICES TRUST; ROD BROWN, an individual; PUBLIC SAFETY LIABILITY MANAGEMENT INC., an Oregon corporation;  WALDO FARNHAM,<br><br>       Defendant, | Case No.: 3:06 CV 01594-HU<br><br>**DEFENDANT FARNHAM'S RESPONSE TO PLAINTIFF'S CONCISE STATEMENT OF FACTS** |

Defendant Waldo Farnham responds to Plaintiff's Concise Statement of

Additional Material Facts in Opposition to Defendant Farnham's Motion for Summary

Judgment as follows:

/ / /

Page 1 – DEFENDANT FARNHAM'S RESPONSE TO PLAINTIFF'S CONCISE
          STATEMENT OF FACTS

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

497517

1. Accepts the assertions made in the first two sentences. Denies that the cited evidence supports the assertion made in the third sentence.

2. Accepts.

3. Accepts.

4. Accepts the assertions made in the first and third sentences. As to the second sentence, the cited evidence states that Farnham was told that Full was a bit unstable two to three months after McFarlin's employment with the City ended. Accept the remaining assertions in the paragraph.

5. Accepts.

6. Objects to and, thus, denies the assertions in paragraph 6 because it asserts numerous different "facts" in a single paragraph rather than in separately numbered paragraphs (L.R. 56.1(c)); does not provide page or line number references for the cited Affidavit and exhibits that purportedly support each assertion (*id.*), cites "evidence" that does not support the assertions made, and includes inadmissible legal conclusions.

DATED: November 30, 2007          COSGRAVE VERGEER KESTER LLP

/s/ James M. Maldonado
Walter Sweek, OSB 620920
Wendy M. Margolis, OSB 94567
James M. Maldonado OSB 00078
Phone: (503) 323-9000  Fax: (503) 323-9019
E-mail: wsweek@cvk-law.com
E-mail: jmaldonado@cvk-law.com
E-mail: margolis@cvk-law.com
Attorneys for Defendant Farnham
Trial Attorney: Walter Sweek  OSB 620920

Page 2 – DEFENDANT FARNHAM'S RESPONSE TO PLAINTIFF'S CONCISE STATEMENT OF FACTS

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

497517

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT FARNHAM'S RESPONSE TO PLAINTIFF'S CONCISE STATEMENT OF FACTS** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Terrence Kay
Terrence Kay PC
3155 River Rd. S. Suite 150
Salem, OR 97302
    Of Attorneys for Plaintiff

Robert S. Wagner
Miller & Wagner LLP
2210 NW Flanders Street
Portland, OR 97210-3408
    Of Attorneys for Defendants Rod Brown and Public Safety Liability Management

Karen O'Kasey
Hoffman Hart & Wagner LLP
1000 SW Broadway, Suite 2000
Portland, OR 97205
    Of Attorneys for Defendants Gormley and City of McMinnville

    DATED: November 30, 2007

                                        /s/ James M. Maldonado
                                        James M. Maldonado

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

497517